THE STATE OF OHIO, APPELLEE, *v.* COOK, APPELLANT.

[Cite as *State v. Cook* (1996), 74 Ohio St.3d 524.]

(No. 95–1762—Submitted December 5, 1995—Decided February 14, 1996.)

*Joseph T. Deters,* Hamilton County Prosecuting Attorney, and *Christian J. Schaefer,* Assistant Prosecuting Attorney, for appellee.

*David H. Bodiker,* Ohio Public Defender, and *John B. Heasley,* Assistant Public Defender, for appellant.

---

*Per Curiam.* We affirm the decision of the court of appeals for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

WRIGHT, J., dissents.